UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-D-2122 (CBS)

JOSE DAVID BONILLA-CARPIO; A70-310-182
GLORIA EVELYN CARPIO-ALVARENGA; A94-121-447
GLORIA DEL CARMEN CARPIO-ALVARENGA; A94-121-446,

    Petitioners,

v.

BUREAU OF CITIZENSHIP & IMMIGRATION SERVICES, Mario Ortiz, District Director,

    Respondent.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

THIS MATTER is before the Court on the Government's Motion to Dismiss for Improper Service, filed June 13, 2005, and Petitioners' subsequent Motion to Dismiss Without Prejudice Response to Government's Motion to Dismiss Improper Service, filed June 30, 2005, which the Court will treat as a Motion for Dismissal under FED. R. CIV. P. 41(a)(1)(i). The Government initially sought dismissal of this action with prejudice based on Petitioner's failure to provide evidence that all of the parties have been served with a copy of the summons. In their Motion, Petitioners state that they have decided to attempt to reopen their deportation/removal proceedings and request that the case be dismissed without prejudice. Petitioners state that the Government has no objection to their request for dismissal without prejudice. After a careful review of the Motions and the file, the Court concludes that Petitioners' Motion for Dismissal should be granted and that this matter should be dismissed without prejudice pursuant to Fed.R.Civ.P.

41(a)(1)(i).  Accordingly, it is

ORDERED that Petitioners' Motion for Dismissal, filed June 30, 2005, is **GRANTED**, and the within matter is **DISMISSED WITHOUT PREJUDICE**, each party to pay their own costs and attorneys fees.  In light of the foregoing, the Government's Motion to Dismiss for Improper Service, filed June 13, 2005, is **DENIED AS MOOT**.

Dated: July 11, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge